# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 25-CR-317 (BAH)** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 922(g)(1)** |
| **DAVON BOYD,** | : | **(Unlawful Possession of Ammunition by** |
| | : | **a Person Convicted of a Crime Punishable** |
| Defendant. | : | **by Imprisonment for a Term Exceeding** |
| | : | **One Year)** |
| | : | |
| | : | **22 D.C. Code § 4503(a)(1), (b)(1)** |
| | : | **(Unlawful Possession of a Firearm (Prior** |
| | : | **Conviction))** |
| | : | |
| | : | **22 D.C. Code § 4514(a)** |
| | : | **(Possession of a Prohibited Weapon)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d)** |
| | : | **and 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 26, 2025, within the District of Columbia, **DAVON BOYD**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, in the Superior Court for the District of Columbia, Criminal Case No. 2021CF3000829, did unlawfully and knowingly receive and possess ammunition, that is, .223 and 5.56 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)**)**

## COUNT TWO

On or about September 26, 2025, within the District of Columbia, DAVON BOYD, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, that is, in the Superior Court for the District of Columbia, Criminal Case No. 2021CF3000829, owned, kept, and had within his possession and control, a firearm, that is, an AR-Pistol chambered in .223 with no serial number.

(**Unlawful Possession of a Firearm (Prior Conviction)**, in violation of 22 D.C. Code, Section 4503(a)(1), (b)(1))

## COUNT THREE

On or about September 26, 2025, within the District of Columbia, DAVON BOYD unlawfully did have in his possession a ghost gun, that is, an AR-Pistol chambered in .223 with no serial number.

(**Possession of a Prohibited Weapon**, in violation of 22 D.C. Code, Section 4514(a))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a one AR-Pistol, chambered in .223 with no serial number, and .223 and 5.56 caliber ammunition.

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c))

                                    JEANINE FERRIS PIRRO
                                    United States Attorney

By:    */s/ Michael L. Barclay*
        MICHAEL L. BARCLAY
        Assistant United States Attorney
        N.Y. Bar Reg. No. 5441423
        601 D Street, N.W., 5.230
        Washington, D.C. 20530
        (202) 252-7669
        michael.barclay@usdoj.gov